# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER, | |
| Plaintiff – Appellant, | CIVIL ACTION NO.: 6:18-cv-6 |
| v. | (USCA No. 19-11250) |
| STATE OF GEORGIA, | |
| Defendant – Appellee. | |

## **O R D E R**

The appeal in the above-styled action having been dismissed, for want of prosecution by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

**SO ORDERED**, this 6th day of May, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA