**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| STATE OF GEORGIA, | |
| Plaintiff, | CIVIL ACTION NO. 6:18-cv-6 |
| v. | |
| WASEEM DAKER, | |
| Defendant. | |

## **O R D E R**

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit;

IT IS ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

**SO ORDERED**, this 19th day of July, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA